UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY ANN WOODEN,

    Plaintiff,

    v.

MERCK & COMPANY, INC.,

    Defendant.

Case No. 14-cv-04893-RS

**ORDER DISMISSING ACTION**

The complaint herein was previously dismissed, with leave to amend. Plaintiff was advised that unless an amended complaint was filed by January 7, 2015, the action would be dismissed and the file closed without further notice. Plaintiff filed no amended complaint and appears to have abandoned the action. Accordingly, the case is dismissed and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
RICHARD SEEBORG
United States District Judge